MENDEL v. DART. (Supreme Court, Appellate Term. April 16, 1900.) Action by one Mendel against one Dart. From a judgment in favor of the plaintiff, defendant appeals. Reversed. D. F. Toumey, for appellant. S. F. Hyman, for respondent.

PER CURIAM. As the record does not show that the defendant was a resident of the city

of New York, the jurisdictional facts do not appear, and the judgment must accordingly be reversed. Willis v. Parker (Sup.; March 5, 1900) 62 N. Y. Supp. 1078. Judgment reversed and new trial ordered, with costs.